FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 OCT 31 AM II: 14

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA        )
                                )
v.                              )      CASE NO. CR412-203
                                )
DANIEL NEWELL METTS,            )
                                )
        Defendant.              )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and
Recommendation (Doc. 37), to which objections have been
filed (Doc. 39). After a careful de novo review of the
record, the Court finds Defendant's objections to be
without merit. Accordingly, the report and recommendation
is **ADOPTED** as the Court's opinion in this case and **FINDS**
that Defendant is competent to stand trial.

In his objections, counsel for Defendant contends that
the examining doctor's conclusion is incorrect and requests
that Defendant "be re-committed to the Federal Bureau of
Prisons for a further examination to determine whether he
suffers from Korsakoff's syndrome, and whether such
diagnosis, if found, will impact his competency to stand
trial." (Id. at 2.) The problem with this request,
however, is that Defendant has offered no evidence to
support his belief that the doctor's conclusion is

incorrect and that Defendant likely suffers from Korsakoff's syndrome. With Defendant advancing only unsupported arguments, the Court finds insufficient reason to disagree with the Magistrate Judge's conclusion that Defendant is competent to stand trial.

SO ORDERED this 31ST day of October 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA